UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JACQUELINE CAVALIER NELSON, | |
|---|---|
| Plaintiff, | Case No. 13-cv-02276-BLF |
| v. | **CASE MANAGEMENT ORDER** |
| AVON PRODUCTS, INC., et al., | |
| Defendants. | |

On 05/14/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 10/08/2015 at 9:00 am |
| Final Pretrial Conference | 12/17/2015 at 2:30 pm |
| Trial | 01/11/2016 at 9:00 am |

1  IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3  IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5  IT IS FURTHER ORDERED THAT Class Certification Hearing is set for 01/15/2015 at
6 9:00 am.

Dated:  May 14, 2014

_____
BETH LABSON FREEMAN
United States District Judge