**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JACQUELINE CAVALIER NELSON,<br>    Plaintiff,<br>    v.<br>AVON PRODUCTS, INC., et al.,<br>    Defendants. | Case No.  13-cv-02276-BLF<br><br>**ORDER REQUIRING STATUS UPDATE** |

The parties are ORDERED to provide a status update regarding settlement on or before July 25, 2016.

**IT IS SO ORDERED.**

Dated: July 18, 2016

_____
BETH LABSON FREEMAN
United States District Judge